

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00048-CR

**EX PARTE** Daniel Ali **HUERTA**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Lori I. Valenzuela, Justice
                H. Todd McCray, Justice

Delivered and Filed: February 19, 2025

PETITION FOR WRIT OF HABEAS CORPUS DENIED

On January 22, 2025, Relator filed a petition for writ of habeas corpus. Relator filed no record with the petition. A relator bears the burden of providing this court with a record sufficient to establish his right to habeas corpus relief. TEX. R. APP. P. 52.3(k)(1), 52.7(a); *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding). Relator has failed to provide us with a record to support his claims. Accordingly, Relator's petition for writ of habeas corpus is denied.

PER CURIAM

DO NOT PUBLISH

---

[1]This proceeding arises out of Cause No. 2024CR5758, styled *State of Texas v. Daniel Ali Huerta*, pending in the 144th Judicial District Court, Bexar County, Texas, the Honorable Michael E. Mery presiding.